1  Margaret J. Grover (Bar No. 112701)
   Africa E. Davidson (Bar No. 225680)
2  HAIGHT, BROWN & BONESTEEL, L.L.P.
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone:  415.546.7500
4  Facsimile:  415.546.7505

5  Attorneys for Defendant
   WEIL, GOTSHAL & MANGES LLP

6

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 JASON HERRERA,                    ) Case No. CV-08-3330 WHA
                                     )
12             Plaintiff,            ) CERTIFICATE OF SERVICE RE
                                     ) REMOVAL TO FEDERAL COURT
13     vs.                           )
                                     )
14 WEIL, GOTSHAL & MANGES LLP,       )
                                     )
15             Defendant.            )
                                     )

16

17     I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson, 20th Floor, San Francisco, California 94105-2981.

   On July 14, 2008, I served on interested parties in said action the within:

   **1. NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b);**

   **2. NOTICE OF INTERESTED PARTIES;**

   **3. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;**

   **4. DECLARATION OF CRAIG ADAS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. SECTIONS 1332(a) AND 1441(b);**

   **5. WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000301
3415560.1

1

Case No. CV-08-3330 WHA
CERTIFICATE OF SERVICE

6. U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT;

7. ORDER WITH ATTACHED SUPPLEMENTAL ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; and

8. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

Jason Herrera, In Pro Per
P.O. Box 3655
Redwood City, CA  94064

    I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    Executed on July 14, 2008, at San Francisco, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

_____       _____
       Jesse Ybarra                                          (Signature)
(Type or print name)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000301
3415560

2

Case No. CV-08-3330 WHA
CERTIFICATE OF SERVICE