1  Margaret J. Grover (Bar No. 112701)
   HAIGHT, BROWN & BONESTEEL, L.L.P.
2  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
3  Telephone: 415.546.7500
   Facsimile: 415.546.7505
4
   Attorneys for Defendant
5  WEIL, GOTSHAL & MANGES LLP

6

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JASON HERRERA, | Case No. CV 08 3330 WHA |
|---|---|
| Plaintiff, | **STIPULATED DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ACTION** |
| vs. | |
| WEIL, GOTSHAL & MANGES LLP, | Complaint Filed: April 22, 2008 |
| Defendant. | |

WHEREAS the parties to this action have reached a confidential amicable resolution of all claims and causes of action now pending;

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the action may be dismissed, in its entirety, with prejudice.

Dated: July 11, 2008

HAIGHT, BROWN & BONESTEEL, L.L.P.

By: /s/ Margaret J. Grover
Margaret J. Grover
Attorneys for Defendant
WEIL, GOTSHAL & MANGES LLP

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000301
3414148.1

1

Case No. CV 08 3330 WHA
STIPULATION AND [PROPOSED] ORDER
DISMISSING ACTION

1  Dated: July 11, 2008

```
                                         _____
                                         Plaintiff Jason Herrera
                                         In Pro Per
```

4  IT IS SO ORDERED.

5  Dated: July ___, 2008

```
                                         _____
                                         United States District Judge
```

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000301
3414148

2

Case No. CV 08 3330 WHA
STIPULATION AND [PROPOSED] ORDER
DISMISSING ACTION

# **PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     )  ss.:
COUNTY OF SAN FRANCISCO )

*Jason Herrera v. Weil, Gotshal & Manges, LLP*
*CV-08-3330-WHA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981.

On July 23, 2008, I served the within document(s) described as:

**STIPULATED DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ACTION**

on the interested parties in this action as stated below:

**Jason Herrera, Plaintiff in Pro Per**
**P.O. Box 3655**
**Redwood City, CA  94064**

[X]   (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

Executed on July 23, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Dan Stanley
(Type or print name)                                   (Signature)

1