1  Margaret J. Grover (Bar No. 112701)
   HAIGHT, BROWN & BONESTEEL, L.L.P.
2  71 Stevenson Street, 20th Floor
   San Francisco, California 94105-2981
3  Telephone: 415.546.7500
   Facsimile: 415.546.7505
4
   Attorneys for Defendant
5  WEIL, GOTSHAL & MANGES LLP

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HERRERA, | Case No. CV 08 3330 WHA |
| Plaintiff, | **PROOF OF SERVICE BY MAIL - ORDER DISMISSING ACTION** |
| vs. | Complaint Filed: April 22, 2008 |
| WEIL, GOTSHAL & MANGES LLP, | |
| Defendant. | |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

WG06-0000004

Case No. CV 08 3330 WHA
PROOF OF SERVICE BY MAIL - ORDER
DISMISSING ACTION

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.:
COUNTY OF SAN )
FRANCISCO

*Jason Herrera v. Weil, Gotshal & Manges, LLP*
*CV 08 3330 WHA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981.

On July 24, 2008, I served the within document(s) described as:

**ORDER DISMISSING ACTION**

on the interested parties in this action as stated below:

**Jason Herrera, In Pro Per**
**P.O. Box 3655**
**Redwood City, CA 94064**

[X]  (MAIL) by placing a true copy thereof in sealed envelope(s) addressed above and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

Executed on July 24, 2008, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Dan Stanley
(Type or print name)                    (Signature)